UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMELIA BUTLER,

              Plaintiff,

v.

CANTY-BASHAM,

              Defendant.

Case No. C19-965 JCC

ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*

      Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 4.) Plaintiff does not appear to have funds available to afford the $400.00 filing fee. Accordingly, Plaintiff's application to proceed *in forma pauperis* (dkt. # 4) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

      The Clerk is directed to mail a copy of this Order to Plaintiff and to the Honorable John C. Coughenour.

      Dated this 28th day of June, 2019.

                                          MICHELLE L. PETERSON
                                          United States Magistrate Judge