UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMELIA BUTLER,<br><br>    Plaintiff,<br><br>    v.<br><br>MS. CANTY-BASHAM,<br><br>    Defendant. | CASE NO. C19-965RSM<br><br>ORDER TO SHOW CAUSE |

This matter is before the Court sua sponte following the Minute Order of the Honorable John C. Coughenour directing the Clerk to reassign this matter to the Undersigned. Judge Coughenour's order for reassignment followed Defendant's Notice of Related Cases (Dkt. #12) detailing the relatedness of this case and Case No. C19-964RSM. The Court agrees with Judge Coughenour and Defendant that these two actions are indeed related as provided in Local Civil Rule 3(g)(4) and that it appears that parallel litigation will be duplicitous and an undue burden on the Court and the parties.

Pursuant to Federal Rule of Civil Procedure 42, where "actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." FED. R. CIV. P. 42(A). Both a court's inherent power to control and

ORDER – 1

manage its own docket and the wording of Rule 42 support a court consolidating cases sua sponte and even over the objection of the parties. *Prestige v. United States*, No. CV-14-413-PHX-DKD, 2014 WL 11332313, at *2 (D. Ariz. Mar. 10, 2014) (citing *In re Adams Apple, Inc.*, 829 F.2d 1484, 1487 (9th Cir. 1987) ("Because consolidation is within the broad discretion of the district court, . . . trial courts may consolidate cases *sua sponte* [.]"); *Blasko v. Washington Metropolitan Area Transit Authority,* 243 F.R.D. 13, 15 (D.D.C. 2007) ("By its plain language, Rule 42(a) permits *sua sponte* consolidation.")).

Nevertheless, the Court finds it appropriate to provide the parties an opportunity to address the issue. Accordingly, the Court finds and ORDERS that **within fourteen (14) days of this Order** each party may show cause: (1) why this case is or is not related to Case No. C19-964RSM and (2) why this case should or should not be consolidated with Case No. C19-964RSM. Any response to this Order shall be **limited to five double-spaced pages.** The Clerk shall mail Plaintiff a copy of this Order at: P.O. Box 3388, Federal Way, Washington 98063.

Dated this 24 day of July, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2